# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143635

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re MILDRED WENDT REVOCABLE TRUST.

_____

RICHARD WENDT, as the Successor Trustee of
the MILDRED WENDT REVOCABLE TRUST,
      Appellee,

v

MICHAEL BISSETT, as the Personal
Representative of the Estate of JEAN WENDT,
      Appellant.

SC: 143635
COA: 298391
St. Clair Probate Court
LC No. 2009-000300-TV

_____/

      On order of the Court, the application for leave to appeal the July 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

                Clerk

y1219